1  ROBINSON, CALCAGNIE & ROBINSON
   620 Newport Center Drive, Suite 700
2  Newport Beach, California  92660
   Telephone:  (949) 720-1288
3  Facsimile: (949) 720-1292
4
5  Attorneys for Plaintiff, Ella Wren
6
7
8
9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11
12

13  _____  )   CASE NO.  C06-0126 (CRB)
    IN RE: BEXTRA AND CELEBREX      )
14  MARKETING SALES PRACTICES AND   )   MDL NO. 1699
    PRODUCT LIABILITY LITIGATION    )   District Judge:  Charles R. Breyer
15  _____  )
                                    )
16  ELLA WREN,                      )
                                    )
17           Plaintiff,             )   STIPULATION AND ORDER OF
                                    )   DISMISSAL WITH PREJUDICE
18                                  )
    vs.                             )
19                                  )
    G.D. SEARLE & CO., PHARMACIA    )
20  CORPORATION; MONSANTO           )
    COMPANY, a Delaware corporation;)
21  PFIZER, INC., a Delaware corporation, )
                                    )
22           Defendants.            )
                                    )
23                                  )
    _____  )
24

25
        Come now the Plaintiff, **ELLA WREN** and Defendants, by and through the undersigned
26
27  attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the

28  dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

1
2
3  DATED: September 1, 2009                ROBINSON, CALCAGNIE & ROBINSON
4                                          By: /s/ Mark P. Robinson, Jr.
5                                              MARK P. ROBINSON, JR.
                                               Attorneys for Plaintiff Ella Wren
6
7  DATED:  Oct. 22  , 2009                 DLA PIPER LLP (US)
8
9                                          By:  /s/
                                               Matt Holian
10                                             Attorneys for Defendants
11
12
13 **PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**
14
15 Dated: OCT 2 8 2009
16                                          Hon. Charles R. Breyer
                                            United States District Court
17
18
19
20
21
22
23
24
25
26
27
28

-2-

PFZR/1035934/1132569v.1

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

EAST\42531961.1